UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-4373-SVW(MANx) | Date | July 9, 2008 |
|---|---|---|---|
| Title | Fortuna Enterprises, L.P. v. The City of Los Angeles, et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Andrea Keifer/Paul M. Cruz | Sheri Kleeger | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael J. Finnegan | Adena Michelle Hadar |
| Nathan M. Spatz | John A. Carvalho |
| | Virginia Kenny |

**Proceedings:** PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION [3](Filed 07/07/08)

Hearing held.  The Court takes the matter under submission.  Order to issue.

: 46

Initials of Preparer   ALK/PMC