UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4373 SVW (MANx) | Date | July 10, 2008 |
|---|---|---|---|
| Title | FORTUNA ENTERPRISES, L.P. d/b/a THE LOS ANGELES AIRPORT HILTON HOTEL AND TOWERS, a Delaware limited partnership, Plaintiff, vs. THE CITY OF LOS ANGELES, KAREN KALFAYAN, in her official capacity as City Clerk of the City of Los Angeles, ROCKARD J. DELGADILLO, in his official capacity as City Attorney of the City of Los Angeles, CITY COUNCIL OF THE CITY OF LOS ANGELES, and DOES 1 through 30, inclusive, Defendants | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER re FORTUNA ENTERPRISE, L.P.'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER [3]

     The Court has carefully considered the arguments presented by the parties both in their moving papers and at hearing. The Court DENIES Plaintiff's application. Order to follow.

                                                                                              :

Initials of Preparer        PMC